**Order entered January 31, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00921-CR

**JARRE JERONCE RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1551952-U**

## ORDER

The Court **REINSTATES** this appeal.

On December 27, 2016, we abated this appeal for a hearing on why appellant's brief had not been filed and ordered the trial court to file findings of fact by January 26, 2017. We have not received the trial court's findings. However, the Court now has before it the January 26, 2017 motion to extend time to file appellant's brief and notice of appearance of Juanita Bravo Edgecomb stating she has been appointed to represent appellant in the appeal. Counsel states she seeks a forty-six day extension of time to review records and prepare the brief.

In the interest of expediting the appeal, we deem the notice of representation sufficient to allow this appeal to proceed. We **GRANT** appellant's January 26, 2017 motion to the extent we **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
          JUSTICE